# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-00456-BNW-3 |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR WILLIAM LOOMIS (ID#) 06014156 |
| vs. | |
| WILLIAM LOOMIS, | |
| Defendant. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: WARDEN,
CLARK COUNTY DETENTION CENTER
LAS VEGAS, NEVADA
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

## GRETINGS

WE COMMAND that you have the body of **WILLIAM LOOMIS** detained in the custody of the Warden, Clark County Detention Center before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about **June 15, 2020, at 3:00 PM in ctrm. #3D**, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said **WILLIAM LOOMIS** is released and discharged by the said Court; and that you shall thereafter return the said **WILLIAM LOOMIS** to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: June 2, 2020

_____
UNITED STATES MAGISTRATE JUDGE

CLERK OF COURT

Date: 6/3/2020

_____
Signature of Clerk or Deputy Clerk